JUDGE RAKOFF
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o SLADE GORTON & CO.,
INC.,

   Plaintiff,

 - against -

HANJIN SHIPPING CO. LTD.,

   Defendant.
------------------------------------------------------------X

08 CV 5583

FRCP RULE 7.1
DISCLOSURE STATEMENT

[Stamp: RECEIVED JUN 20 2008 U.S.D.C. S.D.N.Y. CASHIERS]

 NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o SLADE GORTON & CO., INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

 ACE LIMITED is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. SLADE GORTON & CO., INC. is not a publicly traded company.

Dated: New York, New York
   June 20, 2008
   115-942

          CASEY & BARNETT, LLC
          Attorneys for Plaintiff

       By: _____
          Martin F. Casey (MFC-1415)
          317 Madison Avenue, 21st Floor
          New York, New York 10017
          (212) 286-0225