9172/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o SLADE GORTON & CO., INC.,<br><br>                                        Plaintiff,<br><br>- against -<br><br>HANJIN SHIPPING CO., LTD.,<br><br>                                        Defendant. | 08 Civ. 5583 (JSR)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant Hanjin Shipping Co. Ltd., certify that Hanjin Shipping Co. Ltd. is a private (non-governmental) party, has no corporate parent, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        July 28, 2008

                                        Respectfully submitted,

                                        CICHANOWICZ, CALLAN, KEANE,
                                        VENGROW & TEXTOR, LLP
                                        Attorneys for Defendant

                                        By: s/ Randolph H. Donatelli
                                            Randolph H. Donatelli (RD-5359)
                                        61 Broadway, Suite 3000
                                        New York, New York 10006-2802
                                        (212) 344-7042